UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CLARA L. QUEVEDO,
    Debtors.
_____/

Case No. 15-26656 RAM
Ch 13

## EX PARTE AGREED MOTION FOR SUBSTITUTION OF COUNSEL FOR DEBTOR

The following hereby stipulate and agree to the substitution of SAMIR MASRI as the attorney of record for Debtor, CLARA L. QUEVEDO, and the removal of ROBERT SANCHEZ as counsel for Debtor. There are no attorney fees due to Robert Sanchez.

Dated: October 22nd, 2015

_____
Robert Sanchez, Esquire
FBN: 442161
355 W 49 St.
Hialeah, FL 33183
(305) 687-8008

Dated: October 16th, 2015

_____
Samir Masri, Esquire
FBN: 145513
901 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
(305) 445-3422

_____
Clara L. Quevedo